UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAMBERT, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> PEPPERIDGE FARM, INC. and DOES 1-10, <br><br> Defendants. | Case No. 4:24-CV-00732-NCC |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 16). Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendants have not served an answer or a motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED, without prejudice**.

Dated this 11th day of June, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE